FILED

05/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0630

_____

JOHN BUTLER,

      Plaintiff, Counter-Defendant
      and Appellant,

   v.

ELINOR SWANSON and DOES 1-20, inclusive,

      Defendant, Counter-Plaintiff
      and Appellee.

ELINOR SWANSON,

      Third-Party Plaintiff,

   v.

JOSEPH FARZAM and JOSEPH
FARZAM LAW FIRM, a Professional
Corporation,

      Third-Party Defendants.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2023